UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

CIVIL ACTION NO. 07-CV-69-KSF

CURTIS WAYNE ISON                                                                                   PLAINTIFF

VS:                                                    **JUDGMENT**

WILLIE FALCONBERRY, ET AL.                                                            DEFENDANTS

\*\*  \*\*  \*\*  \*\*  \*\*

In accordance with the Memorandum Opinion and Order entered this date and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

(1)  Plaintiff Curtis Wayne Ison has filed a civil rights action pursuant to 42 U.S.C. § 1983 against Defendants Willie Falconberry; Rodney Elem; Jailer William Gooch; Administration of the Lincoln County Jail; Lincoln County Judge Executive R.W. Gilbert.

(2)  The Complaint is **DISMISSED**, with prejudice.

(3)  Judgment is entered in favor of the Defendants.

(4)  The Court certifies that any appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3); *McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997); *Kincade v. Sparkman*, 117 F.3d 949 (6th Cir. 1997).

(5)  This is a **FINAL** Judgment and there is no just cause for delay.

(6)  This matter is **DISMISSED** and **STRICKEN** from the Court's docket.

This 30th day of November, 2007.



Signed By:
*Karl S. Forester* KSF
United States Senior Judge